```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 06 B 05180
   KENTRIC D BENSON
   SHANDA R YEATES BENSON                         CHAPTER 13

                                                  JUDGE: JACQUELINE P COX
            Debtor
   SSN XXX-XX-9092    SSN XXX-XX-6159

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/08/2006 and was confirmed 08/14/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  87.46% from remaining funds.

     The case was dismissed after confirmation 06/02/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
GMAC MORTGAGE              CURRENT MORTG        .00            .00            .00
GMAC MORTGAGE              MORTGAGE ARRE    3610.51            .00        3610.51
IL STATE DISBURSEMENT UN   DSO ARREARS         .00            .00            .00
AT&T BROADBAND             UNSECURED       NOT FILED          .00            .00
CHASE                      UNSECURED       NOT FILED          .00            .00
COMCAST                    UNSECURED       NOT FILED          .00            .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED          .00            .00
PREMIER BANCARD CHARTER    UNSECURED         348.31           .00            .00
ISAC                       UNSECURED        9111.17           .00         140.21
ISAC                       UNSECURED       NOT FILED          .00            .00
ISAC                       UNSECURED       NOT FILED          .00            .00
MCI                        UNSECURED         153.91           .00            .00
MEDICAL COLLECTIONS        UNSECURED       NOT FILED          .00            .00
MEDICAL COLLECTIONS        UNSECURED       NOT FILED          .00            .00
MEDICAL COLLECTIONS        UNSECURED       NOT FILED          .00            .00
MEDICAL COLLECTIONS        UNSECURED       NOT FILED          .00            .00
MEDICAL COLLECTIONS        UNSECURED       NOT FILED          .00            .00
MEDICAL COLLECTIONS        UNSECURED       NOT FILED          .00            .00
MEDICAL COLLECTIONS        UNSECURED       NOT FILED          .00            .00
MEDICAL COLLECTIONS        UNSECURED       NOT FILED          .00            .00
MEDICAL COLLECTIONS        UNSECURED       NOT FILED          .00            .00
MENARD INC                 UNSECURED       NOT FILED          .00            .00
MENARD INC                 UNSECURED       NOT FILED          .00            .00
MIDLAND CREDIT MANAGEMEN   UNSECURED         432.93           .00            .00
NCO INOVMED                UNSECURED       NOT FILED          .00            .00
NEXTEL                     UNSECURED       NOT FILED          .00            .00
NICOR GAS                  UNSECURED        2101.35           .00          32.34
OMNI HEALTH & FITNESS CO   UNSECURED       NOT FILED          .00            .00
SPRINT-NEXTEL CORP         UNSECURED        1175.93           .00          18.10
THORN CREEK BASIN          UNSECURED       NOT FILED          .00            .00
US DEPT OF EDUCATION       UNSECURED        6619.89           .00         101.87

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 05180 KENTRIC D BENSON & SHANDA R YEATES BENSON
```

```
SONIA BENSON           NOTICE ONLY   NOT FILED              .00            .00
DAVID M SIEGEL         DEBTOR ATTY   2,624.00                          2,624.00
TOM VAUGHN             TRUSTEE                                           391.62
DEBTOR REFUND          REFUND                                               .00
```

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               6,918.65

PRIORITY                                           .00
SECURED                                       3,610.51
UNSECURED                                       292.52
ADMINISTRATIVE                                2,624.00
TRUSTEE COMPENSATION                            391.62
DEBTOR REFUND                                      .00
                    ---------------        ---------------
TOTALS                6,918.65                6,918.65

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                             /s/ Tom Vaughn
   Dated: 09/24/08           _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE